COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-15-00860-CV

Style:      Fernando Haffid Camero v. Samantha Jo Camero

Date motion filed\*:      August 15, 2016

Type of motion:      Third Motion for Extension of Time to File Appellant's Pro Se Brief or Affidavit

Party filing motion:      *Pro Se* Appellant

Document to be filed:      Appellant's Brief or Affidavit in Support of Motion for Extension of Time to File Notice of Appeal

If motion to extend time:

     Original due date:      February 21, 2016

     Number of extensions granted:      2      Current Due Date: March 24, 2016

     Date Requested:      N/A

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due:  September 14, 2016.

         ☑      No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

On March 15, 2016, this Court granted appellant's second extension to file his *pro se* brief or affidavit, and warned that no further extensions will be granted absent extraordinary circumstances.  Appellant's *pro se* affidavit, dated February 28, 2016, only dealt with the merits of his divorce case and did not provide proof of when he placed his notice of appeal in the outgoing prison mailbox.  Because appellant's letter, dated August 1, 2016, construed as his third extension, states, among other things, that he plans on re-filing an extension dated February 26, 2016, this extension is **granted**, but appellant is warned that **no further extensions will be granted**.  *See* TEX. R. APP. P. 10.5(b)(1)(C).  Accordingly, if appellant's brief/affidavit is not filed by **September 14, 2016**, this Court will dismiss this case without further notice.  *See id.* 42.3(a), (c).

Judge's signature: /s/ Laura Carter Higley

                   ☒ Acting individually

Date:  August 18, 2016

November 7, 2008 Revision